# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 169 WM 2018
:
Respondent  :
:
:
:
v.  :
:
:
:
DUSAN GRMUSA,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.